UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN MIECH,<br><br>                Plaintiff,<br><br>v.<br><br>ECLIPSE PORTFOLIO OPERATIONS, LLC, et al.,<br><br>                Defendants. | Case No.: 19cv813-LAB (AGS)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no.13) is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**. If anything remains to be tried after arbitration, this order does not prevent the case from being refiled at a later date in an appropriate forum. The joint motion to stay (Docket no. 11) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: July 3, 2019

_Larry A. Burns_
Hon. Larry Alan Burns
Chief United States District Judge